IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELLEN CHEPIGA, JACKIE EISENBERG, DEBRA HALL, ROBERT BEDELL, MILCAH HINES, and SUSAN GOODMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CONAIR CORPORATION,<br><br>Defendant. | No. 3:17-cv-01090 (BRM/LHG)<br><br>**ORDER**<br><br>*Electronically Filed* |

THIS MATTER having come before the Court on the joint application of the parties for an entry of an Order modifying the deadlines for Defendant Conair Corporation ("Conair") to answer or move to dismiss the Amended Complaint;

WHEREAS the deadline for Conair to answer or move to dismiss the Amended Complaint is currently July 14, 2017 (D.E. 14);

WHEREAS the parties have reached an agreement in principle regarding a settlement of this litigation and request additional time to prepare a definitive settlement agreement for submission to the Court;

WHEREAS it appears to the Court that the parties have mutually agreed to the filing deadlines and for good cause shown;

4038267-1

NOW THEREFORE, the parties, by and through their respective counsel, and subject to the approval of the Court, hereby stipulate and agree as follows:

1. Conair's time to answer, move or otherwise respond to the Amended Complaint in this matter is stayed pending further order of the Court.

2. The parties shall submit preliminary approval papers in support of the proposed settlement by Monday, July 31, 2017.

4038267-1

We hereby consent to the entry of the within Order.

Dated: July 12, 2017

By: ___s/John D. Radice___
John D. Radice, Esq.
April D. Lambert, Esq.
   (*pro hac vice* forthcoming)
RADICE LAW FIRM, P.C.
34 Sunset Blvd
Long Beach, New Jersey  08008
(646) 245-8502
jradice@radicelawfirm.com
alambert@radicelawfirm.com

*Attorneys for Plaintiffs,*
*ELLEN CHEPIGA, JACKIE*
*EISENBERG, DEBRA HALL, ROBERT*
*BEDELL, MILCAH HINES, and*
*SUSAN GOODMAN, and Proposed*
*Class*

By:___s/Timothy E. Corriston___
Timothy E. Corriston, Esq.
Meghan K. Musso, Esq.
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey  07068
(973) 535-0500
tcorriston@connellfoley.com
mmusso@connellfoley.com

*Of Counsel*
Lewis R. Clayton, Esq. (*pro hac vice*)
James H. Borod, Esq. (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON
& GARRISON, LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
lclayton@paulweiss.com
jborod@paulweiss.com

*Attorneys for Conair Corporation*

It is SO ORDERED, this ___14th___ day of July, 2017.

_____
HON. BRIAN R. MARTINOTTI,
U.S.D.J.
LOIS H. GOODMAN, USMJ

3

4038267-1