UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELLEN CHEPIGA, JACKIE EISENBERG, DEBRA HALL, ROBERT BEDELL, MILCAH HINES, and SUSAN GOODMAN<br><br>on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> vs.<br><br>CONAIR CORPORATION,<br><br>     Defendant. | No. 3:17-cv-01090-BRM-LHG |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT AND CERTIFICATION OF A SETTLEMENT CLASS**

  Representative Plaintiffs Ellen Chepiga, Jackie Eisenberg, Debra Hall, Robert Bedell, Milcah Hines, and Susan Goodman (the "Representative Plaintiffs"), having reached an agreement in principle with Defendant Conair Corporation ("Conair") to settle the above-captioned action, respectfully move this Court to enter the proposed Preliminary Approval Order preliminarily approving the proposed settlement, certifying the settlement class, approving class notice, and scheduling the final approval hearing.

  In support of this unopposed motion (the "Motion"), the Representative Plaintiffs submit the following documents:

  1. Representative Plaintiffs' Memorandum of Law in support of this Motion, attached hereto as Exhibit A;

  2. the Declaration of John Radice, attached hereto as Exhibit B, including as attachments therewith Representative Plaintiffs' Settlement Agreement with Conair and the proposed form of notice; and

3. the proposed Preliminary Approval Order, attached hereto as Exhibit C.

Respectfully submitted this 31st day of July 2017.

Dated: July 31, 2017            __/s/ John D. Radice__
John D. Radice
April D. Lambert (*pro hac vice* forthcoming)
Daniel Rubenstein (*pro hac vice* forthcoming)
**RADICE LAW FIRM, P.C.**
301 North Harrison St, Suite 9F-429
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com
alambert@radicelawfirm.com
drubenstein@radicelawfirm.com

*On behalf of Plaintiffs Ellen Chepiga, Jackie Eisenberg, Debra Hall, Robert Bedell, Milcah Hines, and Susan Goodman.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>*/s/ John D. Radice*
>John D. Radice, Esquire
>301 North Harrison St, Suite 9F-429
>Princeton, NJ 08540
>Tel: (646) 245-8502
>Fax: (609) 385-0745
>jradice@radicelawfirm.com
>Attorney for Plaintiffs

Dated:  July 31, 2017