# RADICE LAW FIRM, P.C.

34 Sunset Blvd
Long Beach, NJ 08008
Phone: (646) 245-8502
Fax: (609) 385-0745

---

October 25, 2017

**VIA ECF**

The Honorable Brian Martinotti
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re: *Chepiga v. Conair Corp.*, 3:17-cv-1090-BRM-LHG (D.N.J.)

Dear Judge Martinotti:

On July 31, 2017, we filed a motion for preliminary approval of the Settlement Agreement of this litigation. [D.E. 17.] The parties have engaged in further discussions seeking to clarify one term and to amend another term in the Settlement Agreement, and now have made the two amendments to the Settlement Agreement:

1. If Conair fails to fill customers' requests for replacement blades by the applicable deadlines in Sections 7(a) through 7(d) of the Settlement Agreement, and if necessary adjusted by 7(e), Conair will provide those customers with $15 <u>checks</u> rather than $15 coupons redeemable for Conair products.

2. The language of the release in Section 11 of the Settlement Agreement is clarified to remove any ambiguity about whether the release applies to anything other than the food processor blades at issue in this action. Class members who have potential claims with respect to other parts of the food processors that are unrelated to the alleged problem with the blades that is the subject of this litigation would still be able to assert those claims.

These changes are both beneficial to the class: (1) class members who do not receive their blades on time will receive checks that they can use for any purpose, instead of coupons that are only redeemable for Conair products, and (2) the language of the release is clarified so that it is clear that the scope of class members' release is confined only to the food processor blades, and not to potential claims relating to any other issues with the food processor.

For the Court's convenience, we attach the following to this letter:

1. A redlined version of the previously filed Settlement Agreement, showing the two amendments;
2. A clean version of the new and operative Settlement Agreement;
3. A redlined version of the previously filed Class Notice, showing the two amendments; and
4. A clean version of the new and operative Class Notice.

Respectfully submitted,

*/s/ John Radice*

John Radice
RADICE LAW FIRM, P.C.
34 Sunset Blvd
Long Beach, NJ 08008
Tele: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com