RECEIVED

**R. J. David Frego**
**130 Aspen Drive**
**Boalsburg, PA 16827**

JAN 08 2018

AT 8:30_____M
WILLIAM T. WALSH

17-1090

**210.412.8019**

Jan. 3, 2018

Clerk of the Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Regarding *Chepiga v. Conair*—Notice of Class Action Settlement**

Cuisinart Custom 14
DFP-14 BCN Type 33

Please exclude me from the settlement in the action Chepiga v. Conair Corporation, No. 17-cv-1090 (D.N.J.). I have received my replacement blade and have no further need to participate in the settlement.

*/s/ David Frego*

R. J. David Frego

rjdfrego.gmail.com

Frego-Blick
130 Aspen Drive
Boalsburg, PA 16827

Case 3:17-cv-01090-BRM-LHG   Document 20   Filed 01/08/18   Page 2 of 2 PageID: 303

Clerk of the Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building : U.S. Courthouse
402 East State Street
Trenton NJ 08608