Jan 4th, 2018

Lois Grushka
P.O. Box 203
North Powder, OR
97867
lois@csioregon.com
520-465-7924
Model OFP-11TX
Blade is a DLC-8

Re: 17-CV-1090 (D.N.J.)

RECEIVED
JAN 16 2018
AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

Please exclude me from the settlement in the action Chepiga v. Conair ~conair~ Corporation, No. 17-cv-1090 (D.N.J.) or another similar statement clearly stating the case name + number and a desire to be excluded from settlement.

Sincerely,

L.A. Grushka
Lois J. Grushka

1. Clerk of Court
2. Radice Law Firm, P.C.
3. Lewis R. Clayton

Lois Grushika
PO Box 203
North Powder, OR 97867

PORTLAND OR 970
10 JAN 2018 PM

Clerk of the Court
U.S. District court for the
District of N.J.
Clarkson S. Fisher Building
+ U.S. Courthouse
402 E State street
Trenton NJ 08608