UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELLEN CHEPIGA, JACKIE EISENBERG, DEBRA HALL, ROBERT BEDELL, MILCAH HINES, and SUSAN GOODMAN,<br><br>on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>CONAIR CORPORATION,<br><br>      Defendant. | No. 3:17-cv-01090-BRM-LHG<br><br>**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: April 5, 2018. |

  Plaintiffs Ellen Chepiga, Jackie Eisenberg, Debra Hall, Robert Bedell, Milcah Hines, and Susan Goodman (the "Plaintiffs"), having reached an agreement in principle with Defendant Conair Corporation to settle the above-captioned action, respectfully move this Court to enter the proposed Order granting final approval of the proposed class action settlement (the "Final Approval Order").

  In support of this unopposed motion, Plaintiffs submit the enclosed memorandum of law and the Declaration of John Radice.

Dated: February 5, 2018

                 */s/ John D. Radice*
                 John D. Radice, Esq.
                 RADICE LAW FIRM, P.C.
                 34 Sunset Blvd.
                 Long Beach, NJ 08008
                 Tel: (646) 245-8502
                 Fax: (609) 385-0745
                 jradice@radicelawfirm.com
                 *On behalf of the Plaintiffs and the Proposed Class*