# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELLEN CHEPIGA, JACKIE EISENBERG, DEBRA HALL, ROBERT BEDELL, MILCAH HINES, and SUSAN GOODMAN,<br><br>on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>     vs.<br><br>CONAIR CORPORATION,<br><br>              Defendant. | No. 3:17-cv-01090-BRM-LHG<br><br>**UNOPPOSED MOTION FOR FINAL APPROVAL OF AN AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**<br><br>Hearing Date: April 5, 2018. |

Plaintiffs Ellen Chepiga, Jackie Eisenberg, Debra Hall, Robert Bedell, Milcah Hines, and Susan Goodman (the "Plaintiffs"), having reached an agreement in principle with Defendant Conair Corporation, respectfully move this Court to enter the proposed Order approving an award of attorneys' fees, reimbursement of litigation costs, and approval of incentive awards to the Plaintiffs (the "Final Approval Order").

In support of this unopposed motion, Plaintiffs submit the enclosed memorandum of law and the Declaration of John Radice.

Dated: February 5, 2018

*/s/ John D. Radice*
John D. Radice, Esq.
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com
*On behalf of the Plaintiffs and the Proposed Class*